OCTOBER 15, 1974

No. 73–1495. CAHILL ET AL. v. CEDAR COUNTY, IOWA, ET AL. Affirmed on appeal from D. C. N. D. Iowa.

No. 73–1675. BEAME, MAYOR OF NEW YORK CITY, ET AL. v. LAVINE, COMMISSIONER OF SOCIAL SERVICES OF NEW YORK. Affirmed on appeal from D. C. S. D. N. Y.

No. 73–1760. BUSH, DBA BUSH DISTRIBUTING CO. v. TEXAS HIGHWAY DEPARTMENT ET AL. Affirmed on appeal from D. C. N. D. Tex.

No. 73–1777. IOWA BEEF PROCESSORS, INC. v. UNITED STATES. Affirmed on appeal from D. C. N. D. Iowa.

No. 73–1829. BUD BROWN ENTERPRISES, INC. v. MORTON, SECRETARY OF THE INTERIOR, ET AL. Affirmed on appeal from D. C. D. C.

No. 73–1835. DEBROW v. BOSWELL, COMMISSIONER OF REVENUE. Affirmed on appeal from D. C. M. D. Ala.

No. 73–1956. YELLOW CAB OF BOCA RATON, INC. v. UNITED STATES ET AL. Affirmed on appeal from D. C. S. D. Fla.

No. 73–1964. JONES ET AL. v. BUTZ, SECRETARY OF AGRICULTURE, ET AL. Affirmed on appeal from D. C. S. D. N. Y.

No. 73–6914. ALMEIDA v. LUCEY. Affirmed on appeal from D. C. Mass.